IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVENSON METELUS,<br><br>Defendant. | CR 24-34-M-DWM<br><br>ORDER |

Defendant Stevenson Metelus has filed an unopposed motion to quash the arrest warrant issued on June 26, 2024 (Doc. 4) and requesting that the Court issue a summons for his appearance on the Indictment. (Doc. 7). Accordingly,

IT IS ORDERED that the Defendant's motion is GRANTED and the arrest warrant issued on June 26, 2024 is hereby QUASHED. Defendant's initial appearance and arraignment on the Indictment are scheduled for 1:30 p.m. on August 12, 2024, at the Russell Smith Courthouse, 201 E. Broadway, in Missoula.

//

//

//

1

The Clerk of Court shall issue a summons directing Defendant to appear at the designated date and time.

DATED this 10th day of July, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge