IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-34-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| STEVENSON METELUS, | |
| Defendant. | |

The government moves unopposed to dismiss Count 2 of the Indictment, which charges Defendant Stevenson Metelus with attempted coercion of a minor in violation of 18 U.S.C. § 2422(b) (Count 1), and use of facility in interstate commerce in aid of racketeering in violation of 18 U.S.C. § 1952(a)(3) (Count 2), (Doc. 1).  (Doc 41.)  Metelus has pled not guilty as to both counts, (Doc. 11), and his plea agreement deadline passed yesterday, January 30, 2025, (*see* Doc. 39), without Metelus moving to change his plea.  The government states that this motion is made in order to afford the United States an opportunity to evaluate the continuing federal interest in the prosecution of Count 2, in light of recent developments.  (Doc. 41.)

1

Accordingly, IT IS ORDERED that the government's motion, (Doc. 41), is GRANTED and Count 2 of the Indictment, which charges Defendant Stevenson Metelus with the use of facility in interstate commerce in aid of racketeering in violation of 18 U.S.C. § 1952(a)(3), is DISMISSED WITHOUT PREJUDICE.

DATED this 5th day of February, 2025.

_____
Donald W. Molloy, District Judge
United States District Court